**Robert E. JONES, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 01–7103.

United States Court of Appeals, Federal Circuit.

Nov. 19, 2001.

ON MOTION

### ORDER

Upon consideration of Robert E. Jones's unopposed motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted and this appeal is dismissed.

(2) Each side shall bear its own costs.